UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RALPH MURPHY et al.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　Case No: 3:14-cv-94-J-39MCR

ENHANCED RECOVERY COMPANY,
LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 63; Recommendation), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on December 1, 2014. In response, the parties filed their Joint Stipulation that the Parties Have No Objections to the Magistrate Judge's Report and Recommendation (Doc. 64; Stipulation). Accordingly, the matter is ripe for review.

The Recommendation thoroughly analyzes the parties' Joint Motion for Approval of Settlement (Doc. 60; Motion), and in a well-reasoned conclusion recommends that this Court: (1) approve the terms of the proposed settlement submitted by the parties; (2) decline to incorporate the terms of the settlement agreement into an order approving settlement; and (3) dismiss this case with prejudice. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district judge is not required to conduct a *de novo* review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).

However, the district judge must review legal conclusions *de novo,* even in the absence of an objection. See Cooper–Houston v. S. Ry., 37 F.3d 603, 604 (11th Cir. 1994). Upon independent review of the file and for the reasons stated in the Report and Recommendation, the Court will accept and adopt the factual and legal conclusions recommended by the Magistrate Judge. Accordingly, it is

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 63) is **ADOPTED**.

2. The terms of the proposed settlement agreement submitted by the parties are **APPROVED**, but the Court will not retain jurisdiction for enforcement of the settlement agreement.

3. This case is **DISMISSED with prejudice** and the Clerk of the Court is directed to close this file and terminate all pending motions.

**DONE** and **ORDERED** in Jacksonville, Florida this 3RD day of December, 2014.

BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

Counsel of Record

The Honorable Monte C. Richardson
United States Magistrate Judge